C. Mark Whitehead, III (Louisiana Bar No. 27682)
THE WHITEHEAD LAW FIRM, LLC
Post Office Box 81007
Lafayette, Louisiana 70598
Tel: (337) 740-6006
Fax: (337) 740-6002

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRATICES AND PRODUCT LIABILITY LITIGATION | MDL NO 1699 |
| This document relates to FLORENCE I. LESTER, Individually and as Representative of the Estate of GARY D. LESTER | Case No.: C06:4105 |

### **STIPULATION**

It is hereby STIPULATED by and between all parties, through the respective counsel and pursuant to the Federal Rules of Civil Procedure 41(a)(1), that plaintiff's claims in this action are dismissed with prejudice. Plaintiff to pay court costs.

By: _____
C. Mark Whitehead, III

C. Mark Whitehead, III
Louisiana Bar No. 27682
cmw@whiteheadfirm.com
Post Office Box 81007
Lafayette, Louisiana 70598
Tel: (337) 740-6006
Fax: (337) 740-6002

Attorneys for Plaintiff

Date: 5/9/07

By: _____
Amy W. Schulman, Esq.

Amy W. Schulman
DLA Piper US LLP
1251 Avenue of the Americas
New York, New York 10020-1104
Tel: (212) 835-6108

Attorney for Defendants

Date: _____

June 25, 2007



IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA